

# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

3/23/2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 3:40:36 PM
CHRISTOPHER A. PRINE
Clerk

NOTICE OF APPEALS
ASSIGNMENT OF COURT THE COURT OF APPEALS

TO:     FIRST COURT OF APPEALS

From:   Deputy Clerk: DUANE C. GILMORE
        Chris Daniel, District Clerk
        Harris County, T E X A S

CAUSE: 2010-68881   COURT#: 129TH

NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE FIRST COURT OF APPEALS

VOLUME:   PAGE:     OR     IMAGE #: 63495978

NOTICE OF APPEAL FILE DATE: 3/20/2015

ATTORNEY/FILER: SONYA CHANDLER ANDERSON SBOT: 24067951

JUDGMENT DATE: 2/23/2014                    DUE DATE: 4/24/2014

MOTION FOR NEW TRIAL FILE DATE: N/A

NUMBER OF DAYS: ( CLERKS RECORD ) 60

FILE ORDERED:  YES ☐   NO ☐   IMAGED FILED:   YES ☐   NO ☐

REQUEST FOR TRANSCRIPT FILED?: NONE

NOTICE OF APPEAL PREVIOUSLY FILED: NO     IF YES, APPELLATE NO(S):

NOTES: AS OF DATE OF FILING NOTICE OF APPEAL, THERE IS NO ORDER OR JUDGMENT SIGNED ON FEBRUARY 23, 2014 (OR FEBRUARY 23, 2015) IMAGE NUMBER IS FOR THE DECEMBER 12, 2014 ORDER GRANTING PLAINTIFF'S MOTION TO RETAIN" CASE IS ON "HOLD FOR JUDGMENT" STATUS (ACTIVE)

CODES FOR NOTICE OF APPEAL:       BC
                                  D
                                  OA

                        CHRIS DANIEL
                        Harris County, District Clerk


                        By: /S/ DUANE C. GILMORE
                            DUANE C. GILMORE , Deputy


BC     NOTICE OF APPEAL FILED
BG     NOTICE OF APPEAL FILED – GOVERNMENT
C      JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA     NO CLERK'S RECORD REQUEST FILED
O      CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA     AMENDED NOTICE OF APPEAL

CAUSE NO. 2010-68881

| | | |
|---|---|---|
| **VICKY STOVALL** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **RODNEY HUNT** | § | |
| | § | |
| *Defendants.* | § | **129TH JUDICIAL DISTRICT** |

## NOTICE OF APPEAL

Plaintiff, Rodney P. Hunt now gives his Notice of Appeal to the 1st or the 14 Texas Court of Appeals from the orders signed on February 23, 2014, in the 129th Harris County District Court by a visiting Judge denying Mr. Hunts Motion to Dismiss this case and Mr. Hunts Motion For A Declaratory Finding on the legal issue remaining before the Court. As the plaintiff's has filed a breach of contract claim again Mr. Hunt that is before the Judge Kyle Carter in the 125th Harris County District Court under Cause No. 201435716 and thre are not other legal issues before this Court. The Defendant Mr. Hunt also appeal from the order signed on December 12, 2015, denying Mr. Hunt motion to dismiss this case for want of prosecution.

RESPECTFULLY SUBMITTED,

**Law Office of Sonya Chandler-Anderson**

By: ____/sig/Sonya Chandler Anderson/_____
Sonya Chandler-Anderson
State Bar No. 24067951
1406 Southmore Blvd.
Houston, TX 77004
Telephone: (281) 905-5020
Facsimile: (866) 274-8878

*Attorneys For Defendant*

## CERTIFICATE OF SERVICE

I Sonya Chandler Anderson do hereby certify that a true and correct copy of the foregoing document Notice of Appeal has been faxed, or E-served to on Plaintiff by and through her attorney of record on this 20th day of March 2015.

/sig/Sonya Chandler Anderson/
Sonya Chandler-Anderson

CASE NUM: 201068881__ PJN> __  TRANS NUM: _____  CURRENT COURT: 129 PUB? _
CASE TYPE: PERSONAL INJ (NON-AUTO)        CASE STATUS: HOLD FOR JUDGMENT
STYLE: STOVALL, VICKY                     VS HUNT, RODNEY
================================================================================
                        **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME             PTY     ASSOC. ATTY
   NUM    NUMBER                                         STAT
_      00003-0001 AGT          HUNT, RODNEY BY SERVING THE SE
_      00002-0001 DEF 24067951 HUNT, RODNEY                     CHANDLER-ANDE
_      00001-0001 PLT 24035049 STOVALL, VICKY                   KELLY, LANNIE


==> (3) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP

CASE NUM: 201068881__ PJN> __  TRANS NUM: _____  CURRENT COURT: 129 PUB? _
CASE TYPE: PERSONAL INJ (NON-AUTO)        CASE STATUS: HOLD FOR JUDGMENT
STYLE: STOVALL, VICKY                     VS HUNT, RODNEY
================================================================================
                        **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME             PTY     ASSOC. ATTY
   NUM    NUMBER                                         STAT
_      00002-0001 PAD 24025742 JOHNSON, CHARLES RAY JR.


==> (1) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP